# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMPLOYERS INSURANCE COMPANY OF WAUSAU, et al., | CASE NO. CV F 10-1350 LJO SKO |
| Plaintiffs, | **ORDER TO TRANSFER ACTION TO COURT'S SACRAMENTO DIVISION** (Doc. 1.) |
| vs. | |
| OAKDALE HEIGHTS MANAGEMENT CORPORATION, et. al, | |
| Defendants. | |

Review of the record reflects that this action was inadvertently filed in this Court's Fresno Division although this Court's Sacramento Division is the proper venue. As such this Court:

1. TRANSFERS this action to this Court's Sacramento Division;
2. DIRECTS the clerk to take necessary action to transfer this action to this Court's Sacramento Division and to assign a Sacramento district judge and magistrate judge to this action; and
3. VACATES all pending matters before this Court's Fresno Division.

IT IS SO ORDERED.

**Dated:   July 28, 2010**              **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE

1